No. 91–7377. MOOYMAN v. WORKMEN'S COMPENSATION APPEAL BOARD ET AL. Sup. Ct. Pa. Certiorari denied. ▆▆▆▆▆▆

No. 91–7494. RUCKINGER v. FULCOMER, DEPUTY COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied. ▆▆▆▆▆▆

No. 91–7574. MARQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▆▆▆▆▆▆

No. 91–7583. WAKE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▆▆▆▆▆▆

No. 91–7589. DEBS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▆▆▆▆▆▆

No. 91–7597. GUNTER v. OHIO. Ct. App. Ohio, Lorain County. Certiorari denied.

No. 91–7598. HILL, AKA ROBINSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▆▆▆▆▆▆

No. 91–7610. MEDRANO v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▆▆▆▆▆▆

No. 91–7629. COOPER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▆▆▆▆▆▆

No. 91–7666. SCHANDL v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▆▆▆▆▆▆

No. 91–7759. SINDRAM v. NELSON ET AL. C. A. D. C. Cir. Certiorari denied. ▆▆▆▆▆▆

No. 91–7866. MCCONNELL v. DERWINSKI, SECRETARY OF VETERANS AFFAIRS. C. A. 8th Cir. Certiorari denied. ▆▆▆▆▆▆

No. 91–7894. STOIANOFF v. WACHTLER. C. A. 2d Cir. Certiorari denied. ▆▆▆▆▆▆

No. 91–7956. ANDERSSON ET AL. v. FIBER COMPOSITES, INC. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. ▆▆▆▆▆▆